# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NATHAN LINDEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BANCORP, INC., DAMIAN M. KOZLOWSKI, and PAUL FRENKIEL,<br><br>Defendants. | Case No. 1:25-cv-00326-JLH |

**NOTICE OF WITHDRAWAL OF THE MOTION OF NATHAN LINDEN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

On May 16, 2025, Nathan Linden ("Linden") filed a motion for appointment as lead plaintiff and approval of counsel in connection with the above-captioned securities fraud class action (Dkt. No. 14, the "Motion"). One other motion was filed by another putative class member in this action (Dkt. No. 11).

The Private Securities Litigation Reform Act of 1995 ("PSLRA") directs the Court to appoint the "most adequate plaintiff" as lead plaintiff, and provides a rebuttable presumption that the most adequate movant is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motion and supporting papers provided by the other movant seeking appointment as lead plaintiff, it appears that Linden does not have the largest financial interest in the relief sought by the class as required by the PSLRA. As such, Linden hereby withdraws his Motion.

By this withdrawal, Linden does not waive his rights to participate and recover as a class member in this litigation.

DATED: May 30, 2025                                Respectfully submitted,

                                                                     **BIELLI & KLAUDER, LLC**

                                                                     By: */s/ Ryan M. Ernst*
Ryan M. Ernst (ID No. 4788)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
Email: rernst@bk-legal.com

*Liaison Counsel for Nathan Linden*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, California 90067

1

Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
clinehan@glancylaw.com

*Counsel for Nathan Linden*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*