## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATHAN LINDEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE BANCORP, INC., DAMIAN M. KOZLOWSKI, and PAUL FRENKIEL,<br><br>Defendants. | No.: 1:25-cv-00326-JLH-LDH<br><br>CLASS ACTION<br><br>JOINT STIPULATION AND MOTION AMENDING CAPTION<br><br>FILED<br><br>OCT 2 1 2025<br><br>U.S. DISTRICT COURT DISTRICT OF DELAWARE |

**WHEREAS**, on March 14, 2025, Plaintiff Nathan Linden filed a putative securities class action complaint against the Bancorp, Inc., Damian M. Kozlowski and Paul Frenkiel (ECF No. 1 or the "Complaint");

**WHEREAS**, the Complaint asserted claims arising under the Securities Exchange Act of 1934 and SEC Rule 10b-5 promulgated thereunder, which are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 77z- 1, et seq.;

**WHEREAS**, on September 23, 2025, the Court entered an Order appointing Southeastern Pennsylvania Transportation Authority (or "SEPTA") as Lead Plaintiff and approving its selection of the Rosen Law Firm, P.A. as lead counsel and Grant & Eisenhofer P.A. as liaison counsel (ECF No. 19);

**WHEREAS**, in its Order, the Court stated that: "[i]f no objections are filed, the parties are directed to file a motion to amend the caption of the case to reflect the lead plaintiff" (ECF No. 19);

**NOW THEREFORE**, the undersigned parties have conferred and it is stipulated and agreed, and respectfully submitted for the Court's approval, as follows:

1.  The Clerk of Court shall amend the caption of the case to reflect the Lead Plaintiff, in accordance with this Court's Order, (ECF No. 19), as follows:

> SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Individually and On Behalf of All Others Similarly Situated,
>
> Plaintiff,
>
> vs.
>
> THE BANCORP, INC., DAMIAN M. KOZLOWSKI, and PAUL FRENKIEL,
>
> Defendants.

IT IS SO STIPULATED.

Dated: October 7, 2025

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Jody C. Barillare*
Jody C. Barillare (Bar No. 5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Tel: (302) 574-7294
jody.barillare@morganlewis.com

Emily E. Renshaw (pro hac vice)
One Federal Street
Boston, MA 02110-1726
Tel: (617) 341-7700
Emily.renshaw@morganlewis.com

Michael L. Kichline (pro hac vice)
2222 Market Street
Philadelphia, PA 19103-3007
Tel: (215) 963-5000

Michael.kichline@morganlewis.com
*Attorneys for Defendants*

**GRANT & EISENHOFER P.A.**

*/s/ Michael J. Barry*
Michael J. Barry (Bar No. 4368)
Jeff A. Almeida
123 Justison Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 622-7122
mbarry@gelaw.com
jalmeida@gelaw.com

*Liaison Counsel for*
*Lead Plaintiff and the Class*

**THE ROSEN LAW FIRM, P.A.**

Laurence M. Rosen
Phillip Kim
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
lrosen@rosenlegal.com
philkim@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

\*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED: October 21, 2025

_____
Laura Hatcher
United States Magistrate Judge